IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BROADCAST MUSIC, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:12-cv-01957-JMM |
| | ) | |
| BREWS BROTHERS, INC. d/b/a BREWS BROTHERS a/k/a FURIA; MICHAEL PARTASH and ANDREW PARTASH, | ) | (Judge Munley) |
| | ) | |
| Defendants. | ) | |

## CONSENT JUDGMENT

Plaintiffs having filed an action for copyright infringement against Defendants, the parties now request entry of this Judgment.

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Plaintiff BROADCAST MUSIC, INC. licenses the right of public performance, and the other Plaintiffs own the copyrights, in the following musical compositions:

   a. Callin' Baton Rouge

   b. Family Tradition

   c. Gimme Three Steps

   d. She Thinks My Tractor's Sexy

   e. I Wanna Talk About Me

   f. I Love This Bar

   g. Red Dirt Road

   h. My Town

   i. Get Drunk And Be Somebody

   j. You Don't Treat Me No Good

      k.      Brand New Girlfriend

      l.      Love Done Gone

2.     Defendants have willfully infringed the copyrights in the musical works listed in Paragraph 1 above.

3.     Defendants are hereby permanently enjoined from causing any unlicensed public performances of any musical works licensed by Broadcast Music, Inc.

4.     Defendants shall pay the Plaintiffs damages in the amount of $9,000.00, plus interest from the date of this judgment until such amount is paid.

5.     This Court shall retain jurisdiction over this matter for enforcement of this Judgment.

BY THE COURT:

3/8/13 , 2013

JAMES M. MUNLEY, J.

Approved As To Form and Content:

By _____
Samuel A. Falcone, Jr.
Saporito, Saporito & Falcone
490 N. Main Street, Suite 202
Pittston, PA 18640
Telephone: 570-654-4643
Facsimile: 570-654-5050
Attorney for Defendants

Brews Brothers, Inc.

By _____
Michael Partash, President
1705 River Road
Pittston, PA 18640-1355

_____
Michael Partash

_____
Andrew Partash

Approved As To Form and Content:

By _____
Stanley H. Cohen
(I.D. No. PA 12095)
Caesar, Rivise, Bernstein,
Cohen & Pokotilow, Ltd.
11th Floor, Seven Penn Center
1635 Market Street
Philadelphia, PA 19103-2212
Telephone: 215-567-2010
Facsimile: 215-751-1142
e-mail: scohen@crbcp.com
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulation for Entry of Consent Judgment and the Consent Judgment are being electronically filed with the Clerk of Court via the ECF for the U.S. District Court for the Middle District of Pennsylvania on March 7, 2013. The undersigned further certifies that true copies of the same are being served on counsel for Defendants on this same day by mailing the same via First Class Mail, postage prepaid, to Saporito, Saporito & Falcone, 490 N. Main Street, Suite 202, Pittston, Pennsylvania 18640, Attention: Samuel A. Falcone, Jr., Esq.

_____
Stanley H. Cohen