IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BROADCAST MUSIC, INC., et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3:12-cv-01957-JMM |
| BREWS BROTHERS, INC. d/b/a BREWS BROTHERS a/k/a FURIA; MICHAEL PARTASH and ANDREW PARTASH, | : : : | (Judge Munley) |
| | : | |
| Defendants. | : | |

## SATISFACTION OF JUDGMENT

WHEREAS, on March 8, 2013, a Judgment was entered against the Defendants and in favor of the Plaintiffs in the amount of Nine Thousand Dollars ($9,000.00); and,

WHEREAS, payment of said monetary Judgment has been satisfied.

NOW, THEREFORE, satisfaction of said monetary Judgment is hereby acknowledged and the Clerk of the Court is hereby authorized and directed to cancel and discharge the same.

                                        Respectfully submitted,

December 17, 2013           */s/ Stanley H. Cohen*
                                        Stanley H. Cohen
                                        (I.D. No. PA 12095)
                                        Caesar, Rivise, Bernstein,
                                        Cohen & Pokotilow, Ltd.
                                        12th Floor, Seven Penn Center
                                        1635 Market Street
                                        Philadelphia, PA 19103-2212
                                        Telephone: 215-567-2010
                                        Facsimile: 215-751-1142
                                        e-mail: scohen@crbcp.com
                                        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing SATISFACTION OF JUDGMENT is being electronically filed with the Clerk of Court via the ECF for the U.S. District Court for the Middle District of Pennsylvania on December 17, 2013. The undersigned further certifies that a true copy of the same is being served upon counsel for Defendants, on this same day, via e-mail to Samuel A. Falcone, Esq., Saporito, Saporito & Falcone, 490 N. Main Street, Suite 202, Pittston, PA 18640, sfalcone@saporitofalcone.com.

                                        */s/ Stanley H. Cohen*
                                        Stanley H. Cohen